# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **MERITT BUFFALO EVENTS CENTER, LLC, D/B/A BUFFALO VALLEY EVENT CENTER,** | § § § § | |
| Plaintiff | § § | |
| VS. | § § | CIVIL ACTION NO. 3:15-CV-03741-D |
| **CENTRAL MUTUAL INSURANCE COMPANY, DAVID MASSEY AND STEVE CAGLE,** | § § § § | |
| Defendants. | § | |

## ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO AMEND THEIR ANSWER, COUNTERCLAIM AND THIRD PARTY COMPLAINT

After considering Defendants' Motion for Leave to Amend its Answer, Counterclaim and Third-Party Complaint, the Court hereby GRANTS the motion and allows defendants to file an amended answer, counterclaim, and third-party complaint.

SO ORDERED.

July 1, 2016.

_____
**SIDNEY A. FITZWATER**
**UNITED STATES DISTRICT JUDGE**