UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MERITT BUFFALO EVENTS CENTER, LLC, d/b/a BUFFALO VALLEY EVENT CENTER<br>    Plaintiff,<br><br>v.<br><br>CENTRAL MUTUAL INSURANCE COMPANY, DAVID MASSEY and STEVE CAGLE<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:15-CV-3741-D |

**ORDER ON AGREED MOTION FOR EXTENSION OF DEADLINE TO DESIGNATE EXPERT WITNESSES**

On this date, the Court considered the parties' Agreed Motion for Extension of Deadline to Designate Expert Witnesses. The Court, having considered the motion, is of the opinion that the motion should be GRANTED. It is therefore, ORDERED that the Scheduling Order entered March 17, 2016, is modified as follows:

B.    Expert Witnesses

A party with the burden of proof on a claim or defense must designate expert witnesses and otherwise comply with Rule 26(a)(2) no later than **September 2, 2016**.

C.    Rebuttal Expert Witnesses

A party who intends to offer expert evidence "intended solely to contradict or rebut evidence on the same subject matter identified by another party under Rule 26(a)(2)(B)" must designate expert witnesses and otherwise comply with Rule 26(a)(2) no later than **October 3, 2016**.

    SO ORDERED.

July 5, 2016.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE

1

**AGREED AS TO FORM AND CONTENT:**

*/s/ Robert N. Grisham II*
Robert N. Grisham II
State Bar No. 00792550
LAW OFFICES OF ROBERT N. GRISHAM II, P.C.
5910 N. Central Expressway, Suite 925
Dallas, Texas 75206
Telephone: (214) 987-0098
Facsimile: (214) 987-4098
E-mail: robert@grishamlaw.com

Scott M. Keller
State Bar Number: 11198350
LAW OFFICES OF SCOTT M. KELLER
3131 McKinney Avenue, Ste. 720
Dallas, Texas 75204
Telephone: (214) 741-2963
Facsimile: (214) 741-2959
Email: scottmkeller@sbcglobal.net

**ATTORNEYS FOR PLAINTIFF**


*/s/ Erik E. Ekvall*
Erik E. Ekvall
State Bar No. 06507022
Anna Evans Piel
State Bar No. 24002063
Susan Rampacek Wilson
State Bar No. 00797281
EKVALL & BYRNE, L.L.P.
4450 Sigma Road, Suite 100
Dallas, Texas 75244
Telephone: (972) 239-0839
Facsimile: (972) 960-9517
eekvall@ekvallbyrne.com
apiel@ekvallbyrne.com
swilson@ekvallbyrne.com

**ATTORNEYS FOR DEFENDANTS**