**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **MERITT BUFFALO EVENTS** | § | |
| **CENTER, LLC, d/b/a BUFFALO** | § | |
| **VALLEY EVENT CENTER** | § | |
|     **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:15-CV-3741-D** |
| | § | |
| **CENTRAL MUTUAL INSURANCE** | § | |
| **COMPANY, DAVID MASSEY and** | § | |
| **STEVE CAGLE** | § | |
|     **Defendants.** | § | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE**
**FIRST AMENDED COMPLAINT**

After considering Plaintiff's Motion for Leave to File Plaintiff's First Amended Complaint and response, if any, the Court hereby:

GRANTS the motion and allows the amended pleading.

**SO ORDERED.**

July 5, 2016.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE